The judgment appealed from should be affirmed, with costs.

INGRAHAM, LAUGHLIN, HOUGHTON and SCOTT, JJ., concurred.

Judgment affirmed, with costs.

---

SAMUEL J. STIEBEL and Others, Copartners, Doing Business under the Name of STIEBEL, HERNSHEIM AND COMPANY, Respondents, *v.* JOHN J. HAIGNEY, Appellant, Impleaded with JOHN GLASSFORD and ELLEN HOLLANDER, Defendants. (No. 2.)

First Department, November 19, 1909.

(See head note in *Stiebel* v. *Haigney,. No. 1, ante,* p. 516.)

APPEAL by the defendant, John J. Haigney, from a judgment of the Supreme Court in favor of the plaintiffs, entered in the office of the clerk of the county of New York on the 9th day of February, 1909, upon the decision of the court rendered after a trial at the

New York Special Term in a suit in equity to foreclose a lien upon certain shares of stock.

*Ernest P. Seelman* of counsel [*Seelman & Farley,* attorneys], for the appellant.

*Francis L. Kohlman* of counsel [*Hand, Bonney & Jones,* attorneys], for the respondents.

CLARKE, J.:

This case was tried at the same time as *Stiebel* v. *Haigney, No. 1* (134 App. Div. 516), the opinion in which is handed down herewith, and for the reasons there stated this judgment should be affirmed, with costs and disbursements.

INGRAHAM, LAUGHLIN, HOUGHTON and SCOTT, JJ., concurred.

Judgment affirmed, with costs.